ACTION GLOVE COMPANY, INC., Plaintiff, v. UNITED STATES, Defendant.

Court No. 04–00002
(with attached schedule)

## *JUDGMENT*

MUSGRAVE, Judge: The above-captioned actions were stayed pending this Court's resolution of *Cricket Hosiery, Inc. v. United States*, Court Number 03–00533. On April 24 of this year, the Court issued a final judgment dismissing that action. *See Cricket Hosiery, Inc. v. United States*, 30 CIT ___ , 429 F. Supp. 2d 1338 (2006). On September 28, the Court ordered that each of the above-captioned plaintiffs "shall, within 30 days of the date of this Order, show cause why its action should not be dismissed for lack of prosecution." To date, no plaintiff has come forward with any reason why these actions should not be dismissed. Therefore, pursuant to United States Court of International Trade Rule 41(b)(3), it is hereby

ORDERED that these actions are dismissed for lack of prosecution.

SCHEDULE

| Court Number | Plaintiff |
|---|---|
| 03–00707 | Fila U.S.A. Inc. |
| 03–00739 | Eastern Pacific Apparel, Inc. |
| 03–00740 | Vans, Inc. |

| Court Number | Plaintiff |
|---|---|
| 03–00707 | Fila U.S.A. Inc. |
| 03–00768 | Firoze Fakhri |
| 03–00769 | Farbe, Inc. |
| 03–00779 | Capital Mercury Apparel, Ltd. |
| 03–00802 | G-Star Apparel, Inc. |
| 03–00815 | Franco Apparel Group, Inc. |
| 03–00857 | Esportia International, Inc.[1] |
| 03–00873 | Seattle Pacific Industries, Inc. |
| 03–00877 | Sears, Roebuck & Company |
| 03–00892 | Louisville Bedding Company |
| 03–00929 | Johnson & Johnson Consumer Products Companies, Inc. |
| 03–00930 | Impact Imports International, Inc. |
| 04–00141 | Sumitomo Corporation of America |

---

[1] Also identified as Exportia International Incorporated.